UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRITZ GERALD TOUSSAINT,<br><br>       Plaintiff,<br><br>-against-<br><br>REGUS GROUP COMPANIES,<br><br>       Defendant. | 22-CV-2920 (LTS)<br><br>CIVIL JUDGMENT |

  Pursuant to the order issued May 27, 2022, dismissing the complaint,

  IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice for Plaintiff's failure to pay the $402.00 in filing fees or submit a completed request to proceed *in forma pauperis*. *See* 28 U.S.C. §§ 1914, 1915.

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: May 27, 2022
    New York, New York

                /s/ Laura Taylor Swain
                LAURA TAYLOR SWAIN
              Chief United States District Judge